# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 06-CR-264

BALDOMERO CASTILLO,
MICHAEL CORNELIUS,

        Defendants.

## ORDER

        The defendants in the above-captioned case object to Magistrate Judge Goodstein's Recommendation to this Court that their motions to dismiss the indictment, request for an evidentiary hearing and motion to suppress evidence be denied.

        This Court has read the Recommendation and the submissions offered by the parties in response thereto and concludes as follows.

        The Court adopts the Magistrate Judge's Recommendation *in toto*, including the reasoning supporting the conclusions reached.

        The defendants' motions to dismiss the indictment, Castillo's request for an evidentiary hearing, and Castillo's motion to suppress are DENIED.

        Dated at Milwaukee, Wisconsin, this 17th day of October, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**