# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

**Case No. 06-CR-264**

  -vs-

**MICHAEL CORNELIUS, et al.,**

        Defendants.

## ORDER

The Court, pursuant to its Order of October 16, 2007, has received from the government various statements made by witnesses to be called by the government at the trial scheduled for October 23, 2007. The defendants seek discovery of these statements. After an *en camera* review of the afore-mentioned statements, the Court finds that none of the statements of the government's witnesses contain information exculpating the defendants in the above-captioned case. The defendants' request for the discovery of said statements is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2007.

        **SO ORDERED,**

        s/ **Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**